January 16, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MICHAEL DODD AND 3D GLOBAL SOLUTIONS, INC., Appellants

NO. 14-12-00555-CV                                                      V.

BRIAN  J. SAVINO, Appellee

_____

This court today issued a substitute opinion. We order this court's former judgment of October 31, 2013, vacated, set aside, and annulled. We further order this court's opinion of October 31, 2013, withdrawn. We deny the motion for rehearing filed by appellants, Michael Dodd and 3D Global Solutions, Inc.

This cause, an appeal from the judgment in favor of appellee, Brian  J. Savino, signed February 29, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Michael Dodd and 3D Global Solutions, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.